# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALSON ALSTON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action |
| | : | No. 17-4506 |
| NATIONAL CONFERENCE OF BAR | : | |
| EXAMINERS, et al., | : | |
| Defendants. | : | |

## **ORDER**

This 7th day of June, 2018, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 9, 13, 16) and the subsequent briefing, it is hereby **ORDERED** that the Motions are **GRANTED**, for the reasons listed in the accompanying Memorandum. Plaintiff's Complaint (ECF No. 1) is **DISMISSED**, with prejudice.

    /s/ Gerald Austin McHugh
United States District Judge