# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALSON ALSTON, | : | |
|       Plaintiff, | : | CIVIL ACTION |
| | : | |
|     v. | : | No. 17-4506 |
| | : | |
| NATIONAL CONFERENCE OF BAR EXAMINERS, et al., | : | |
|       Defendants. | : | |

## ORDER

This 8th day of February, 2019, upon consideration of Plaintiff's Motion to Re-Open Time for Appeal (ECF No. 38), Defendants' response (ECF 39), and Plaintiff's Reply (ECF No. 42), it is hereby **ORDERED** that the Motion is **DENIED**.

                                                                       /s/ Gerald Austin McHugh
                                                    United States District Judge